IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BAILEY, | 1:07-cv-00931-OWW-WMW-(HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |
|     vs. | |
| A. HEDGPETH, | |
|     Respondent. | (DOCUMENT #13) |
| _____/ | THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 20, 2008, petitioner filed a motion to extend time to file a reply to respondent's answer to petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file a reply to respondent's answer to petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   April 1, 2008                    /s/  William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE